# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CENTRAL CALIFORNIA IBEW/NECA PENSION TRUST**, *et al.*,<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**DEREK EHINGER ELECTRIC; DEREK EHINGER,**<br><br>    **Defendants.** | Case No.: 13-CV-3943 YGR<br><br>**ORDER SETTING COMPLIANCE HEARING** |

TO ALL PARTIES AND COUNSEL OF RECORD:

Plaintiffs have represented their intent to move for default judgment against defendants no later than December 6, 2013. A compliance hearing regarding Plaintiffs' filing of the contemplated motion for default judgment shall be held on **Friday, December 13, 2013**, on the Court's 9:01 a.m. calendar, in the United States Courthouse, 1301 Clay Street, Oakland, California, Courtroom 5.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either: (a) the motion for default judgment; or (b) a one-page statement setting forth an explanation for their failure to comply. If compliance is complete, Plaintiffs need not appear and the compliance hearing will be taken off calendar.

Telephonic appearances will be allowed if Plaintiffs submit their statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: November 25, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**