**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CENTRAL CALIFORNIA IBEW/NECA PENSION TRUST,** *et al.*,<br><br>      **Plaintiffs,**<br><br>      v.<br><br>**DEREK EHINGER ELECTRIC,** *et al.*,<br><br>      **Defendants.** | Case No.: 13-CV-3943 YGR<br><br>**JUDGMENT** |

The Court having granted in part and denied in part Plaintiffs' Motion for Default Judgment in a written Order (Dkt. No. 38), consistent with that Order it is hereby **ORDERED, ADJUDGED, AND DECREED** that judgment is entered in favor of Plaintiffs and against Defendants in the amount of $8,118.76.

**IT IS SO ORDERED.**

Date: June 12, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**